**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-05-1163-1-PHX-LOA |
| ) | |
| Plaintiff, ) | **NOTICE TO COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| Jose Mexia-Gutierrez, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

It has come to the Court's attention that due to a technical error, the Defendant's arraignment, plea of guilty and sentencing, conducted in open court on November 29, 2005 before the undersigned, was not recorded contrary to the belief of the Court, Counsel, Defendant and all other persons present in the courtroom that day.

Title 28 U.S.C. § 753(b) requires that "all proceedings in criminal cases had in open court" shall be "recorded verbatim by shorthand, mechanical means, electronic sound recording or any other method . . . ." The requirements of § 753(b) are mandatory. United States v. Piascik, 559 F.2d 545 (9th Cir. 1977).

In view of the technical error which resulted in the inadvertent failure to record the proceedings conducted on November 29, 2005 and the unlikelihood that the Defendant is still in U.S. Marshal custody and may have, in fact, been removed to his country of origin, the Court is willing to consider scheduling a hearing to recreate a record that was not actually made on November 29, 2005. If either or both counsel believe such a recreation of the

1  November 29 record is practical under the circumstances, counsel may contact the Court's
2  Judicial Assistant, Vickie Guidas, at (602) 322-7620 to set the matter for a telephonic
3  conference with the Court to discuss the matter.
4      DATED this 7th day of December, 2005.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge